UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUSTAV H. WALGREN,

    Plaintiff(s),

vs                                                                  Case No: 15-10589
                                                                          Honorable Victoria A. Roberts

NATIONAL COLLECTION SYSTEMS INC.,

    Defendant(s),
_____/

## ORDER OF DISMISSAL

    The parties advised the Court that they have amicably resolved their differences.  Accordingly,

    IT IS ORDERED that this case is dismissed.  This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

                                                       S/Victoria A. Roberts
                                                       Victoria A. Roberts
                                                     United States District Judge

Dated: 11/20/2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on 11/20/2015.

S/ Carol A. Pinegar
Deputy Clerk